Garrick S. Lew SBN 61889
LAW OFFICES OF GARRICK S. LEW
600 Townsend Street Suite 329E
San Francisco, California 94103
Telephone: 415.575.3588
Facsimile:  415.522.1506
gsl@defendergroup.com

Attorney for Defendant
ANDREE DONALDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   vs.<br><br>ANDREE DONALDSON,<br><br>         Defendant. | CR 03-00049 MHP<br><br>STIPULATION AND ORDER<br>EXONERATING PROPERTY BOND<br>ON DEPOSIT WITH THE COURT |

The parties hereby stipulate, through their respective counsel, George Bevan, Assistant United States Attorney for plaintiff United States of America and GARRICK S. LEW, attorney for defendant Andre Donaldson, that defendant's property bond be exonerated and the property released. Defendant Andre Donaldson was murdered on May 30, 2006 in San Francisco, California prior to being sentenced in the instant case. A copy of defendant Donaldson's Certificate of Death is attached.

The parties agree that the Deed of Trust recorded on October 14, 2003, Instrument DOC-2003-H561279-00, Short form deed of trust and assignment of rents in favor of RICHARD WIEKING, Clerk of the United States District Court for the real property located at 1225 Shafter Street, San Francisco, California executed by Virginia Jones be released and reconveyed to the surety forthwith. A copy of the recorded Deed of Trust is attached.

| | |
|---|---|
| DATED: September 11, 2007 | _____/s/_____<br>George Bevan<br>Assistant United States Attorney |
| DATED: September 11, 2007 | _____<br>GARRICK S. LEW<br>Attorney for Defendant Andre Donaldson |

## ORDER

Based upon the above stipulation of the parties, good cause appearing,

**IT IS HEREBY ORDERED** that the above described property be exonerated as surety for bail in the instant action.

**IT IS FURTHER ORDERED** that defense counsel Garrick S. Lew prepare a Reconveyance of the Deed of Trust form for the property to be exonerated. Upon receipt of the instant order, Substitution of Trustee and Reconveyance Deed, the Clerk of the United States District Court, as shall execute the Substitution of Trustee and reconvey the described property to Virginia Jones who originally pledged said property as bail. The Clerk of the Court shall then send the executed Substitution of Trustee and Reconveyance of Deed of Trust with the Original Deed of Trust on the property commonly known and described as 1225 Shafter Street, San Francisco, California to Garrick S. Lew Esq., 600 Townsend Street Suite 329E, San Francisco, CA 94103, for recording of the Reconveyance in the appropriate county.

DATED: 9/20/2007

_____
The Hon. Marilyn H. Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

*United States v. Andre Donaldson, et al.* CR 03-00049 MHP
STIPULATION AND [PROPOSED] ORDER EXONERATING PROPERTY BOND